AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MOISES LAST NAME UNKNOWN (LNU)

## CRIMINAL COMPLAINT

CASE NUMBER: MJ# 05-834-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/18/04, 12/21/04 and 2/3/05 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly transfer an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority

in violation of Title 18 United States Code, Section(s) 1028(a)(2).

I further state that I am a(n) Special Agent, ICE and that this complaint is based on the following facts:

Official Title

See attached affidavit of S.A. Randy Reeves

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-13-2005  @ 2:30 PM   at   Boston, Massachusetts
Date                              City and State

MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Marianne B. Bowler, USMJ
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.